UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOE HAND PROMOTIONS, INC.,

                Plaintiff,              **NOT FOR PUBLICATION**

      - against -

                                                                   **ORDER**

143-08 94th CORP., *doing business as* KALUA        07-CV-02339 (RRM)(RLM)
RESTAURANT & LOUNGE, *also known as*
KALUA CABARET, and ROGER DURAN

                Defendants.
------------------------------------------------------------X

**MAUSKOPF, United States District Judge.**

      Upon review of the record, this Court concurs with Magistrate Judge Roanne L. Mann's unopposed June 13, 2008 Report and Recommendation, and adopts said Report and Recommendation in its entirety.

      Therefore, this Court ORDERS as follows:

      1. Plaintiff is awarded $2,250 in statutory damages, plus an additional $10,000 in enhanced damages, and $970 in attorneys' fees and costs, for a total award of $13,220 against defendant 143-08 94th Corp., doing business as Kalua Restaurant & Lounge, also known as Kalua Cabaret.

      2. The default judgment as to defendant Roger Duran granted by this Court on February 11, 2008 is hereby vacated for the reasons set forth in Magistrate Judge Mann's Report and Recommendation.

3. Plaintiff is hereby given thirty (30) days from the date of this Order to amend its complaint as to the claims against Roger Duran, or to advise the court that Plaintiff no longer wishes to pursue said claims. Should Plaintiff fail to so do, the Court will dismiss the action against Duran.

The Clerk is directed to transmit a copy of this Order via ECF to Plaintiff's counsel, and to send copies, via Federal Express, to defendants at the following addresses:

1. 143-08 94th Corp
   doing business as Kalua Restaurant & Lounge
   also known as Kalua Cabaret
   143-08 94th Avenue
   Jamaica, New York 11435
   Attention: Managing Agent

2. Roger Duran
   851 Wycoff Avenue, Apt. 12
   Second Floor
   Ridgewood, New York 11385

SO ORDERED.

Dated: Brooklyn, New York
August 7, 2008

_____
ROSLYNN R. MAUSKOPF
United States District Judge